The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRISHA SHALLE RICHARDSON, ) <br> ) <br> Defendant-Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Respondent. ) <br> ) <br> _____ ) | NO. C13-373    RSL <br> CR11-246   RSL <br><br> ORDER EXTENDING <br> TIME TO FILE ANSWER TO <br> PETITIONER'S MOTION UNDER <br> 28 U.S.C. § 2255 TO VACATE, <br> SET ASIDE, OR CORRECT SENTENCE |

Before this Court is a Motion to Continue the date by which the Government must file its response to the Petition Under Title 28, United States Code, Section 2255 to Vacate, Set Aside, or Correct a Sentence. The Court finds, after a consideration of all relevant information and the circumstances of this case that the ends of justice would best be served by the granting of this request for an extension of time of forty-five days to answer Petitioner's Motion.

For all the reasons presented in the files and records herein, the Court finds that the Government has until June 19, 2013, to file its response to the Petitioner's Motion.

IT IS SO ORDERED.

DATED this 24th day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO EXTEND TIME TO RESPOND TO SECTION 2255 PETITION— 1
Irisha Shalle Richardson v. United States, C13-373 RSL, CR11-246 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970