UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRISHA SHALLE RICHARDSON,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. C13-373RSL<br><br>ORDER GRANTING MOTION FOR WAIVER AND ADDITIONAL TIME AND GRANTING IN PART MOTION FOR COUNSEL |

This matter comes before the Court on the government's "Second Motion Regarding Waiver of Attorney-Client Privilege and Requesting Additional Time to Answer Petitioner's 28 U.S.C. § 2255 Motion" (Dkt. # 12) and "Defense Counsel's Motion Regarding Appointment of Counsel for Petitioner" (Dkt. # 14), filed by Michele Shaw, Petitioner's former counsel.

On August 12, 2011, Petitioner pled guilty to one count of conspiracy to import N-benzylpiperazine in violation of 21 U.S.C. §§ 952(a), 960(a)(1), 960 (b)(3) and 963. CR 46, 49.[1]  On March 2, 2012, Petitioner was sentenced to 78 months of imprisonment followed by three years of supervised release. CR 116. Michelle Shaw represented

---

[1] "CR" refers to docket entries in the underlying criminal case, CR11-246-RSL. "Dkt." refers to docket entries in Petitioner's § 2255 case.

ORDER GRANTING MOTION FOR
WAIVER AND GRANTING IN PART MOTION
FOR APPOINTMENT OF COUNSEL - 1

Petitioner in that criminal case.  On March 1, 2013, Petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence.  Dkt. # 1.  In her motion, Plaintiff alleges, among other claims, that she received ineffective assistance of counsel during the sentencing proceedings.  Id. at 4.

On June 13, 2013, the Court found that by raising a claim of ineffective assistance of counsel, Petitioner has waived the attorney-client privilege.  Dkt. # 11.  The Court therefore authorized Ms. Shaw to provide evidence related to her representation of Petitioner in the form of an affidavit, live testimony, and documents and records related to her representation of Petitioner.  Id. at 1.

Despite this Court's earlier order, Ms. Shaw has declined to participate in any interviews with the government and she has not produced any documents.  The government now seeks an order directing Ms. Shaw to speak with the government about her representation and Ms. Shaw requests that the Court appoint independent counsel to advise Petitioner regarding the scope of the waiver of the attorney-client privilege.

Having considered the parties' memoranda, supporting documents, and the remainder of the record, the Court GRANTS the government's motion and GRANTS IN PART Ms. Shaw's motion for counsel.  Ms. Shaw is hereby ORDERED to participate in an interview with the government and counsel for Petitioner must be present for the interview.  The questioning during the interview shall be limited to the issue raised by Petitioner: Ms. Shaw's representation and preparation for the sentencing hearing.  David Bukey is hereby APPOINTED for a limited appearance in this matter for purposes of the interview of Ms. Shaw only.  Mr. Bukey shall be present during the interview of Ms. Shaw to protect Petitioner's interests and to ensure that the questioning does not extend beyond the issues raised in Petitioner's § 2255 motion.  The parties must check with the Court before scheduling the interview to ensure that the Court will be available on a

ORDER GRANTING MOTION FOR
WAIVER AND GRANTING IN PART MOTION
FOR APPOINTMENT OF COUNSEL - 2

standby basis during the interview.

The government's request for additional time to respond to Petitioner's §2255 motion is GRANTED. The government shall file its Answer to Petitioner's motion within 30 days following the date of the interview of Ms. Shaw.

For all of the foregoing reasons, the Court GRANTS the government's motion regarding waiver of attorney-client privilege and additional time (Dkt. # 12) and GRANTS IN PART counsel's motion regarding appointment of counsel for Petitioner (Dkt. # 14).

DATED this 17th day of October, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
WAIVER AND GRANTING IN PART MOTION
FOR APPOINTMENT OF COUNSEL - 3